

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00120-CV

**IN THE INTEREST OF E.H.S.**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17261
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  July 25, 2018

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM